FORM TO BE USED BY A PRISONER FILING A
42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

I. CAPTION

Dontaie Anderson
*(Enter the full name of the plaintiff or plaintiffs)*

v.

Commonwealth of Pennsylvania
Lehigh County Jail
Lehigh Valley Pretrial Service Inc
*(Enter the full name of the defendant or defendants)*

II. PARTIES

a. Plaintiff
Full name: Dontaie Anderson

Prison Identification number: 184122

Place of present confinement: L.C.J

Address: 38 N. 4th St Allentown P.A. 18101

Place of confinement at time of incidents or conditions alleged in complaint, including address:

Lehig County Jail

*Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.*

b. Defendants: (list only those defendants named in the caption of the complaint, section I)

1. Full name including title: Commonwealth of Pennsylvania

    Place of employment and section or unit: _____

2. Full name including title: Lehigh County Jail

    Place of employment and section or unit: _____

3. Full name including title: Lehigh Valley Pretrial Service

    Place of employment and section or unit: _____

4. Full name including title: _____

    Place of employment and section or unit: _____

*Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.*

2

## III. PREVIOUS LAWSUITS

*Instructions:*

*If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.*

*If you have filed other lawsuits, provide the following information.*

*Parties to your previous lawsuit:*

Plaintiffs **Dontaie Anderson**

Defendants **Commonwealth of Pennsylvania**

Issues: **Unconstitutional confinement, cruel & unusual punishment, Due Process, Mental anguish, harm from covid 19**

Court: if federal, which district? **Eastern Dist of Pennsylvania**

if state, which county? _____

Docket number: **20-CV-4424** Date filed: **9-10-2020**

Name of presiding judge: **Honorable Cynthia M Rufe**

Disposition: (check correct answer(s)): Date: **January 12, 2021**

Dismissed **✓** Reason? **Sought habeas relief**

Judgment _____ In whose favor? **procedural**

Pending _____ Current status? **dismissal without prejudice**

Other _____ Explain _____

Appeal filed? **✓** Current status? **reconsideration / No response**

*Additional lawsuits. Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.*

## IV ADMINISTRATIVE REMEDIES

*Instructions:*

*Provide the information requested below if there is an administrative procedure to resolve the issues your raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.*

3

a. *Describe the administrative procedures available to resolve the issues raised in this complaint:*

   *Type of procedure. (grievance, disciplinary review, etc.)*
   greivence / Petition to Court

   *Authority for procedure. (DC-ADM, inmate handbook, etc.)*
   Administration

   *Formal or informal procedure.* both

   *Who conducts the initial review?* Lt / Judge Reichley Common Pleas Court

   *What additional review and appeals are available?* None

b. *Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:*

   *On what date did you request initial review?* Warden greivence

   *What action did you ask prison authorities to take?* off the lock down medical discharge / Release on bail

   *What response did you receive to your request?* Covid procedure's / Bail is apropriate

   *What further review did you seek and on what dates did you file the requests?*
   Federal Habras Corpus / denied failure to exhaust

   *What responses did you received to your requests for further review?*
   Failure to exhaust all state remidies, where it was to prevent irreparable harm, and constitutional injury

c. *If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why?*
   I did, it was to prevent me from catching covid19 and further mental distress.

4

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Dontaie Anderson
   All other names by which you have been known:
   ID Number: 184122
   Current Institution: Lehigh County Jail
   Address: 38 N. 4Th Street
   Allentown, PA 18101

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Commonwealth of Pennsylvania
   Job or Title *(if known)*: Judge Douglas G. Reichley
   Shield Number: Common Pleas Lehigh County
   Employer:
   Address:

   [ ] Individual capacity   [✓] Official capacity

   Defendant No. 2
   Name: Kyle Russell
   Job or Title *(if known)*: Warden
   Shield Number:
   Employer: Lehigh County Jail
   Address: 38 N 4Th St
   Allentown, PA 18122

   [✓] Individual capacity   [✓] Official capacity

Defendant No. 3
   Name: Janine Donate
   Job or Title *(if known)*: Director
   Shield Number:
   Employer: Lehigh County Jail
   Address: 38 N. 4th St
   Allentown, PA 18101
   [✓] Individual capacity [✓] Official capacity

Defendant No. 4
   Name: City of Allentown/Lehigh County
   Job or Title *(if known)*:
   Shield Number:
   Employer:
   Address:
   City:    State: PA    Zip Code:
   [ ] Individual capacity [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Due Process 14th Amendment, Equal Protection, 8th Amendment cruel & unusual punishment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 5

    Lehigh Valley Pretrial Services INC.

    542 Hamilton Street

    Allentown, P.A 18101

        ✓ Official capacity

Defendant No. 6

    Ashley R. Stumpp

    Pretrial Officer

    542 Hamilton Street

    Allentown, P.A. 18101

✓ Individual capacity     ✓ Official capacity

## V. STATEMENT OF CLAIM

*Instructions:*

*State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statues. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.*

Statement of Claim:

Full statement is attach

## VI. RELIEF

*Instructions: Briefly state exactly what you want the Court to do for you.*

Relief sought:

Plaintiff seek's nominal damages against all defendants $5,000,000. Plaintiff seek's monetary damages against all defents $10,000,000, Plaintiff seek's punitive Damage's against all defendent $20,000,000 — All defendants - Pain suffering, mental anguish, constitutional injury, distress of future pain and suffering.

## VII. DECLARATION AND SIGNATURE

I (we) declare under penalty of perjury that the foregoing is true and correct.

2/23/21
DATE

_____
SIGNATURE OF PLAINTIFF(S)

5

# Statement of Claim

## Commonwealth of Pennsylvania

The Plaintiff Dontaie Anderson is a pretrial detainee be held on a weapon offence and DUI, his bail was set at $50,000.

In the month of Febuary covid19 hit the United State, and the country nation wide, shut down, do to the harmfullness and transmitability.

This shut down included the Judicial system, The Pennsylvania Supreme Court decleared, "Judicial Emergency." The Lehigh County Court Administrator in its Interim guiedance an mangement provide procedure to protect the health and safty of court personnel, court users, and members of the public. The Bureau of Prison's, Home land Security, implimitted Pandemic Respose Requirements for, prison, county Jail's and detention facility. In March, 2020 the Center for Descas Control issued guidance of transmission of covid19/effects of covid19. In April, 2020 CDC inquiring futher information of covid19, incuperated it within it's guiedance /transmission, spital droplets, person to person, surface to surface, airiosaic spray [air born] thru all persons even asymtomatic. Those who seem disproportionatly effected, people 65 or older and those any age with underline medical condition's [diabeties, imune comprimise, cardiac deseas, respritoral infections. Preventive mesure's, social distaning, hand washing a mask if posible. Closed in facilities prison type settings extremely dificult to prevent spread once enter into any facility. Those who are at higher rish to acceptability to covid19 /need extra precaution/.

page (2.) Statement of Claim

## Commonwealth of Pennsylvania

Lehigh County Jail, Court of Common Pleas anlong with Pretrial services, collectively saught to decreess population within the jail, in it's attempt to save lire's. Releasing inmate's, some where high risk some none violent. The Plaintiff sought bail modification and releas do to covid19, his high risk medical condition [diabetics, hyper-tension, obessidy sleep acmia and a syncapal disorder. Plaintiff also has a cardiac device] and threat of contracting covid19 and becoming severly ill or dying. In Febuary 2020, Judge Reichley ordered a psychiatric evaluation with a P.S.I, The court psychiatrist confirm the plaintiff mental disabilities [Bi-polar disorder, Major Depression disorder, Post Tramatic Stress disorder, anxiety and clostraPhobia] For the plaintiff is legally disable and recieve's social security, The courts psyche recamended treatment as opose to incarceration. Judge Reichley refuse to grant relief to the plaintiff even having all the knowledge of covid19, knowing it would enter the jail, the condition's do to covid19 and the mitigation efforts [22 to 23 hr cell confinement, no visits, no religous servises, education or treatment] place upon the mentally disable Plaintiff. On December 15, 2020 plaintiff tested positive for covid19.

The Judges actions was deliberately-indifferent, where he show a complete and utter reckless disregard to the plaintiff health, mentally and physical, were he was high risk to covid19 and needed extra precaution for the jail was unsafe. To knowingly subject the plaintiff to life threatening conditions was reckless endangerment.

page (3) Statement of Claim

## Commonwealth of Pennsylvania

The plaintiff suffers from body chill's, headache's, sever fatigue muscle soreness and could die from covid19 in the future.

Through this time the plaintiff has also suffer sever mental harm he often loose touch of reality, has night mear's, crying in his sleep from constent dreams of death, even being placed on close custody watch for suicide impalse's. This time has been torturous to the plaintiff and Judge Reichley could have remided and chose not to. Do to the fact he is a Juge and can not be sued in his individual capacity the Common wealth is liable for the Common Pleas Judge.

## Lehigh County Jail

Lehigh County Jail, Warden Russell and Director Donate in their attemp to mirror the B.O.P P.R.R, secured every inmate in their cell 22 to 23 hrs a day, only facilitating commissary, laundry, shower, telephone and computer access. There attemp at social distaning, tempiture checking, mask wearing, inhanced cleaning all mesure's being of limitted effect, were none of the staff quarintined at their home's and could be asymtomatic spreaders, nothing short of plastic wrapping the inmate's would have protected the plaintiff in a closed in facility with an air born virus. reasoncble safty precaution should have been aggresive air cleaning and equipment. Which the Warden and Director did not do.

page (4.) Statement of Claims

## Lehigh County Jail

Their failure to not implament aggressive air cleaning mesure's where a life threatening air born virus had inter its facility was a reckless disregard to the health & safty of the plaintiff, and failed to protect him as their ward. The 1 year long extention of the PRR social distaning measure's, was a reckless disregard to the mental effects of the solitary confinement conditition, and shockingly conscience disregard of the mentally disable, mental health, was overly excessive and caused great harm mentally and physicaly upon the plaintiff.

Kyle Russell and Janine Donate are being held in their individual capacity for all harm mentally and physically the plaintiff was subjected to. In in their official capacity Lehigh County Jail, the City of Allentown and Lehigh County as liable for All harm to the plaintiff while in their custody, and any future harm cause by their deliberate-indifference. Lehigh County Jail knew covid19 was a virus that could take life and knew they could not protect its wards and should medically discharge the plaintiff for he need /extra preeaution/cdc.gov.

## Lehigh Vallely Pretrial Service/P.O. Ashley R. Stumpp

Pretrsial service's and its officers are meat the the Lehigh County bail procedure's.

page (5)   Statement of Claims

Lehigh Valley Pretrial Service / P.O Ashley R Stumpp

There are hevily relied upon and the courts seldom go agins the recamindation. The recomended denial of relief for the plaintiff during a global crisis, and being awear of the plaintiff be high risk to covid 19 and sever illness and death, was deliberately--indifferent and a complete reckless disregard to his life, where they could have implemented numerous mesure to secure the plaintiff court apperance as apose to letting him be subjected to the harm he has aquired during his confinement.

I hold Ashley R. Stumpp liable for all harm to plaintiff during his confinement and any future harm from those events, in her individ--ual capacity and Pretrial Service's, her employer in her official capacity.

Bonfare Anderson 184122
LEHIGH COUNTY PRISON
38 NORTH 4th STREET
ALLENTOWN, PA 13102-3469

Kate Bar[l-]
United St[ates]
2609 U.S.
601 Mar[ket]
Philadelp[hia]

Bonfare Anderson 184122
LEHIGH COUNTY PRISON
38 NORTH 4th STREET
ALLENTOWN, PA 13102-3469



han Clerk of Court
es District Court
ourhouse
A Street
a. P.A. 19106-1796